Entered: March 5th, 2021
Signed: March 4th, 2021
**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Jeffrey Bowers & Tammy Bowers, | * | Case No. 19-20680 |
| Debtors | * | Chapter 7 |
| * * * * * * * | * * * * * * | |
| Jeffrey Bowers and Tammy Bowers, | * * | |
| Plaintiffs | * | Adversary No. 20-00137 |
| v. | * | |
| US Department of Education, | * | |
| Defendant. | * | |
| * * * * * * * | * * * * * * | |

**CONSENT JUDGMENT DISCHARGING STUDENT LOAN OBLIGATIONS**

UPON consideration of the Consent by the Defendant, the U.S. Department of Education ("DOE"), and Plaintiffs Jeffrey Bowers and Tammy Bowers ("Plaintiffs" or "Debtors") to the relief sought herein, and it appearing that DOE is the holder of all right, title, and interest in the Federal Direct Stafford/Ford Loans represented by Parent Plus Nos. EXXXX7508 and

EXXXX6701, of which Debtors are the obligors (the "Student Loans"), and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, ADJUDGED AND DECREED that the Student Loans constitute, and they are hereby, an undue hardship on the Debtors and the Debtors' dependents within the meaning of Section 523(a)(8) of the United States Bankruptcy Code, 11 U.S.C. § 101 et. seq, and are therefore not subject to the exclusion from discharge interposed by said Section 523(a)(8); and it is further

ORDERED, ADJUDGED AND DECREED that the Student Loans be, and they are hereby, DISCHARGED in the above-captioned Chapter 7 bankruptcy case; and it is further

ORDERED, ADJUDGED AND DECREED that any and all individual taxation consequences as a result of this Consent Judgment are the sole and exclusive responsibility of Debtors; and it is further

ORDERED, ADJUDGED AND DECREED that DOE does not warrant or make any representation with respect to any tax consequences of this Consent Judgment; and it is further

ORDERED, ADJUDGED AND DECREED that nothing contained herein shall constitute a waiver by Debtors of any right to challenge any tax consequences of this Consent Judgment; and it is further

ORDERED, ADJUDGED AND DECREED that the parties will bear their own attorneys' fees and costs.

AGREED:

*/s/Ronald J. Drescher*
RONALD J. DRESCHER
4 Reservoir Circle, Suite 107
Baltimore, MD 21208
rondrescher@drescherlaw.com
(410) 484-9000

*Counsel for the Plaintiffs*

Robert K. Hur
United States Attorney

*/s/ Kimberly S. Phillips*
Kimberly S. Phillips
Assistant U.S. Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800
kimberly.phillips@usdoj.gov

*Counsel for Defendant*

Cc:

Ronald J. Drescher
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

Kimberly S. Phillips
Assistant U.S. Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201